IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIC Corporation, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-1438 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | Magistrate Judge Jeannice W. Appenteng |
|     Defendants. ) | |

**PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, PIC Corporation, seeks entry of a preliminary injunction in an action arising out of 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion. As reflected in the Agreed Motion to Modify Asset Restraint (Dkt. 34), 42 of the Defendants named in this matter do not oppose this Motion for Preliminary Injunction, subject to the terms of the agreed modified asset restraint.

Dated: April 19, 2024

Respectfully submitted,

/s/ *Valérie R. Cambronne*
Marshall, Gerstein & Borun LLP
Benjamin T. Horton
Gregory J. Chinlund
Kelley S. Gordon
Michelle Bolos
John J. Lucas
Valérie R. Cambronne
Krista M. Solano
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
bhorton@marshallip.com
gchinlund@marshallip.com
kgordon@marshallip.com
mbolos@marshallip.com
jlucas@marshallip.com

                                        vcambronne@marshallip.com
                                        ksolano@marshallip.com
                                        Attorneys for Plaintiff