**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PIC Corporation, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-1438 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | Magistrate Judge Jeannice W. Appenteng |
|     Defendants. ) | |

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR ENTRY
OF A PRELIMINARY INJUNCTION**

    Plaintiff, PIC Corporation, seeks entry of a preliminary injunction in an action arising out of 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a) against the AliExpress Defendants identified on Exhibit 1 attached to the accompanying Memorandum of Law in Support of this Motion, filed concurrently with this Motion.

Dated: April 23, 2024

Respectfully submitted,

/s/ *Valérie R. Cambronne*
Marshall, Gerstein & Borun LLP
Benjamin T. Horton
Gregory J. Chinlund
Kelley S. Gordon
Michelle Bolos
John J. Lucas
Valérie R. Cambronne
Krista M. Solano
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
bhorton@marshallip.com
gchinlund@marshallip.com
kgordon@marshallip.com
mbolos@marshallip.com
jlucas@marshallip.com
vcambronne@marshallip.com
ksolano@marshallip.com
Attorneys for Plaintiff