UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

PIC Corporation

              Plaintiff,

v.

              Case No.: 1:24−cv−01438
              Honorable Andrea R. Wood

The Entities and Individuals Identified in Annex A, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 4/29/2024. Counsel for Plaintiff and counsel Timothy Wang representing 42 Defendants appeared. As discussed on the record, Plaintiff's Partially Unopposed Motion for Entry of a Preliminary Injunction [36] and supplemental motion for entry of a preliminary injunction [41] are taken under advisement. By the close of business on 4/30/2024, Plaintiff shall file a certificate of service confirming all defendants received notice of the preliminary injunction motion and the scheduled hearing date. Telephonic status hearing set for 6/5/2024 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.